UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL-JOHN FREDERICK MAIER,

    Plaintiff,

v.

SNOHOMISH COUNTY JAIL, *et al.*,

    Defendants.

Case No. C19-1963-JLR

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice and the IFP application is stricken as moot.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 31st day of Jan., 2020.

JAMES L. ROBART
United States District Judge

ORDER - 1